UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENDON P RODRIGUE and
JOSEPH D THOMAS,

    Plaintiffs,

v.                                                             Case No: 8:24-cv-2516-CEH-TGW

THE UNITED STATES OF
AMERICA,

    Defendant.

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion to Transfer for Consolidation Purposes. Doc. 19. Defendant, the United States of America, indicates that this case is related to two other actions pending in this District: *Magin Luis Caballero v. United States of America,* No. 8:24-cv-01213-KKM-TGW (transferred to M.D. Fla. on May 23, 2024) and *Luke Sexton v. United States of America,* case no. 8:24-cv-02612-SDM-CPT (M.D. Fla., filed November 8, 2024).

The earliest-filed action is pending before District Judge Kathryn K. Mizelle under docket number 8:24-cv-1213. Pursuant to Middle District of Florida Local Rule 1.07(a)(2)(A), "the judge to whom the clerk assigns an action can transfer the action at any time and for any reason" if the transferee judge consents. Judge Mizelle has consented to transfer of the subject action. Accordingly, Defendant's Motion (Doc.

19) is **GRANTED** and this action will be transferred to District Judge Kathryn K. Mizelle, with her consent, for all further proceedings.

**DONE** and **ORDERED** in Tampa, Florida on November 27, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties